1  TRACY L. WILKISON
   Acting United States Attorney
2  DAVID M. HARRIS                    JS-6
   Assistant United States Attorney
3  Chief, Civil Division
4  CEDINA M. KIM
   Assistant United States Attorney
5  Senior Trial Attorney, Civil Division
6  LYNN HARADA [C.S.B.N. 267616]
   Special Assistant United States Attorney
7        Social Security Administration, Region IX
8        160 Spear St., Suite 800
         San Francisco, CA  94105
9        Telephone: 415-977-8977
10       Facsimile: 415-744-0134
11       e-mail: Lynn.Harada@ssa.gov
   Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| SHEMIKA DENISE SAMUELS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 5:20-cv-02029-SK<br><br>JUDGMENT OF REMAND |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: May 24, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. STEVE KIM
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-